# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 19, 2012

Lyle W. Cayce
Clerk

No. 11-50971
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

VICTOR ARTURO SANCHEZ-DE LA CRUZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:11-CR-74-1

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Victor Arturo
Sanchez-De La Cruz has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez-De La Cruz has not filed a
response. We have reviewed counsel's brief and the relevant portions of the
record reflected therein. We concur with counsel's assessment that the appeal
presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-50971

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.